ACCEPTED
12-14-00262
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/11/2015 12:16:40 PM
CATHY LUSK
CLERK

## NO. 12-14-00262-CV

| | | |
|---|---|---|
| **CHARLES ALFORD AND** | § | **IN THE TWELFTH** |
| **MARY LOU ALFORD** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **COURT OF APPEALS** |
| | § | |
| **ROBERT THOMAS** | § | |
| **MCKEITHEN, EOG** | § | |
| **RESOURCES, INC., AND** | § | |
| **CENTRAL TEXAS LAND** | § | |
| **SERVICES** | § | |
| **Defendants.** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 12:16:40 PM
CATHY S. LUSK
Clerk

### SECOND MOTION TO EXTEND
### TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Robert Thomas McKeithen, Appellee in the above styled and numbered cause, and moves this Court to grant an additional extension of time to file Appellee's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is an appeal from the 1ST Judicial District Court of San Augustine County, Texas, of a real property case.

2.     The case below was styled the *Charles Alford and Mary Lou Alford v. Robert Thomas McKeithen, EOG Resources, Inc. and Central Texas Land Services*, and numbered CV-12-9344.

3.     The after a jury trial in which the jury found in favor of the Appellees, the trial court signed a take nothing judgment.

- 1 -

4.     Appellant's brief was filed on April 24, 2015.

5.     Appellee requests a 15-day extension of the time to file his Appellee's Brief which is presently due on June 25, 2015. *See* TEX. R. APP. P. 4.1, 38.6.(b). The new due date would be July 10, 2015.

6.     One prior extension for Appellee's brief has been requested, and one additional extension of time has been granted to EOG Resources, Inc. and Central Texas Land Services.

10.     Appellee relies on the following facts as good cause for the requested extension:

Counsel has a brief in an accelerated appeal due Monday June 15, 2015, in Cause No. 09-15-00185, *ITIO T.V., P.V., and K.V., Children*, pending in the Ninth Court of Appeals of Texas. Counsel also has a divorce hearing scheduled in Cause No. C1430027, *ITMOTMO Catherine Russell and Gary Lynn Russell*, pending in the 420TH Judicial District Court of Nacogdoches County, Texas, on that same day. Counsel is also attending an out-of-town wedding for his niece on the weekend beginning June 19, 2015. Counsel was in a bench trial in Cause No. C1228614, *ITIO J.H.D., a Child*, in the County Court-at-Law of Nacogdoches County, Texas. Counsel had a temporary hearing on June 10, 2015, in Cause No. C1530903, *ITMOTMO Jeanette Rae LaMont and Michael Hiromi LaMont and ITIO D.A.L. and L.N.L., Children*,

pending in the 420TH Judicial District Court of Nacogdoches County, Texas.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this Second Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICES OF NOEL D. COOPER
117 North Street, Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022


By:/s/Noel D. Cooper
    Noel D. Cooper
    State Bar No. 00796397
    Attorney for Robert Thomas McKeithen

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with counsel for Appellants and counsel for co-Appellees, and neither opposes this motion.

/s/Noel D. Cooper
Noel D. Cooper

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4(i)(3), I certify that this document is computer generated and contains 388 words based on a computer word count.

/s/Noel D. Cooper
Noel D. Cooper

## <u>CERTIFICATE OF SERVICE</u>

I certify that I delivered a copy of this Second Motion to Extend Time to File Appellee's Brief to each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on June 11, 2015, at the addresses and manners below.

Tom Rorie
Attorney for Charles Alford and Mary Lou Alford
Attorney at Law
210 North Street
Nacogdoches, Texas  75961
TEL:  (936) 559-1188
FAX:  (936) 559-0099
**<u>By Electronic Filing Manager</u>**

Jason R. Mills
Attorney for EOG Resources, Inc. and Central Texas Land Services
Freeman Mills PC
110 N. College, Suite 1400
Tyler, Texas  75702
TEL:  (903) 592-7755
FAX:  (903) 592-7787
**<u>By Electronic Filing Manager</u>**

/s/Noel D. Cooper
Noel D. Cooper